AO 245H    (Rev. 12/03 - VAW Additions 1/06) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

APR 0 4 2007

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## Western District of Virginia

UNITED STATES OF AMERICA
V.
DAVID A. HOBBS

**JUDGMENT IN A CRIMINAL CASE**
(For a Petty Offense) - Short Form
CASE NUMBER: DVAW506PO000172-001
CASE NUMBER:
USM NUMBER:

Michael Hemenway
Defendant's Attorney

**THE DEFENDANT:**

☐ THE DEFENDANT pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR 2.34(a)(2) | Disorderly conduct | 7-15-06 | 1 |

☒ Count(s) ____One____ is dismissed on the motion of the United States pursuant to Rule 48(a).

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

|  | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** | $ | $ | $ |

Defendant's Soc. Sec. No.:   2150
Defendant's Date of Birth:   1943

Defendant's Residence Address:
Sterling, VA

4-3-07
Date of Imposition of Judgment

/s/ Signature of Judge

B. Waugh Crigler, United States Magistrate Judge
Name and Title of Judge

4-4-07
Date

Defendant's Mailing Address:
Sterling, VA